**Order entered January 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00209-CV

## FLUOR INTERCONTINENTAL, INC, Appellant

## V.

## DAVID DAWSON, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-15340**

## ORDER

Before the Court is appellant's January 27, 2014 motion for extension of time to file brief. In the motion, appellant asserts the reporter's record is deficient in that it contains duplicated and incomplete testimony and incomplete exhibits. Appellant further asserts it has communicated the deficiencies to the reporter, and the reporter is preparing a supplemental record. Although the motion does not reflect when the supplemental record will be filed and it has not yet been filed, appellant seeks an additional fourteen days from the February 17, 2014 briefing deadline to file its brief. Appellee opposes the motion.

Because the time to file briefs does not begin until the appellate record is complete and the record does not appear complete, appellant's brief is not yet due and no extension is necessary. *See* TEX. R. APP. P. 38.6(a). We **DENY** appellant's motion as premature. Because no

date certain exists for when the supplemental record should be filed, we **ORDER** Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court, to file the supplemental record no later than February 10, 2014.

We **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to Ms. Dobbins and all parties. We further **DIRECT** the Clerk of the Court to remove the briefing deadline. The deadline shall be reset once the supplemental record has been filed.

/s/ ELIZABETH LANG-MIERS
JUSTICE